UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

MICHAEL GRIFFIN

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-39 (GHL)

Bradford Riendeau, Esq. (CJA)
Attorney for Defendant

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 15 2007
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] to count 1 as amended on the record.

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Unlicensed operation of a motor vehicle, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 509.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: November 22, 2006**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $75.00 and a $5.00 special assessment, payable April 11, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that the original count of the Information is dismissed on motion of the United States.

_____March 14, 2007_____
Date of Imposition of Sentence

_____March 15, 2007_____
DATE SIGNED

_____[signature]_____
GEORGE H. LOWE
U.S. Magistrate Judge